[No. 53586-2-I. Division One. August 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. SHAY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-09189-6, Palmer Robinson, J., entered December 4, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53906-0-I. Division One. August 8, 2005.]

HERITAGE AT DEER CREEK ASSOCIATES, L.L.C., ET AL., *Appellants*, v. KIRTLEY-COLE ASSOCIATES, INC., *Respondent*.

HERITAGE AT DEER CREEK OWNERS ASSOCIATION, *Plaintiff*, v. HERITAGE AT DEER CREEK ASSOCIATES, L.L.C., ET AL., *Defendants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-04604-5, Thomas J. Wynne, J., entered February 4, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Grosse, J.

[No. 54017-3-I. Division One. August 8, 2005.]

AMERICAN DISCOUNT CORPORATION, *Plaintiff*, UNITED COLLECTION SERVICE, INC., *Respondent*, v. W. AUSTIN SHEPHERD, JR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-08873-7, James A. Doerty, J., entered March 5, 2004. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Baker, J. Now published at 129 Wn. App. 345.